**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 167 MAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MARK ADAM HENDERSON, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 168 MAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MARK ADAM HENDERSON, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 169 MAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MARK ADAM HENDERSON, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 170 MAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |

MARK ADAM HENDERSON,  :
:
Petitioner  :
:
:
:

**ORDER**


**PER CURIAM**

     **AND NOW**, this 24th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.